UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                    Case No.    09-14939-BKC-LMI
                                          Chapter     7
VIDAL, CHRISTOPHER M.,

_____Debtors._____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( X ) The trustee has a balance of $78.75 remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. ' ' 726, 1226 or 1326 in a case under chapter 7, 12 or 13 of title 11. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( ) The trustee has a balance of $____ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: May 24, 2011

/S/
Marcia T. Dunn, Trustee
555 NE 15 Street, #7712
Miami, Fl 33132
mdunn@bankruptcy.com

LF-26 (rev. 12/01/02)

SERVICE LIST

Office of the US Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130

KINGCADE & GARCIA, PA
ATTN: TIMOTHY KINGCADE
1370 CORAL WAY
MIAMI, FL 33145

Florida Department Of State
PO Box 6327
Tallahassee, FL 32314-6327

Vidal, Christopher M.
3071 SW 27 Avenue, Apt. #20
Coconut Grove, FL 33133

LF-26 (rev. 12/01/02)

UNCLAIMED FUNDS
CASE NO. 09-14939-BKC-LMI

| Creditor | Claim No. | Amount Paid |
|---|---|---|
| Florida Department Of State<br>PO Box 6327<br>Tallahassee, FL 32314-6327 | 1 | $78.75 |

LF-26 (rev. 12/01/02)